**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Jacob P. Saunders                        Case No. 10-03609
                                               Chapter 13
           Debtor                           Judge: Janet S. Baer
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
Kenneth A. VanNorwick (P61707)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C14-09770

Jason Blust
Law Office of Jason Blust, LLC
211 W. Wacker Drive, Suite. 200
Chicago, IL 60606
(312) 273-5001                            /

### **RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

      NOW COMES Ocwen Loan Servicing, LLC as successor in interest to GMAC Mortgage, LLC as servicer for Wells Fargo Bank, N.A., as Trustee Under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2005-2 and its principals, successors, heirs, and assigns (herein "Creditor"), by and through their attorney, Potestivo & Associates, P.C., and states the following as their response disagreeing with the Trustee's Notice of Final Cure Payment that was filed on July 30, 2014:

1. The Debtors filed their bankruptcy petition on January 29, 2010.
2. The Trustee filed the Notice of Final Cure Payment pursuant to Rule 3002.1 on August 19, 2014.
3. The Debtor failed to make direct post petition payments when due. The loan is contractually due for August 1, 2014.
4. Creditor disagrees with the Notice of Final Cure Payment and Completion of Plan Payments.

Date: September 8, 2014                       /s/ Caleb J. Halberg
                                                        Potestivo & Associates, P.C.
                                                        Caleb J. Halberg (ARDC#6306089)
                                                        223 W. Jackson Blvd., Suite 610
                                                        Chicago, Illinois 60606
                                                        Telephone: (312) 263-0003
                                                        Main Fax: (312) 263-0002
                                                        Cook County Firm ID #: 43932
                                                        DuPage County Firm ID #: 223623
                                                        Attorneys for Ocwen Loan Servicing, LLC
                                                        Our File No. C14-08496